## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

IN RE:                          )
                                )
THOMAS HOME CONCEPTS, INC.      )
                                )
            DEBTOR              )      NO: 07-21448
                                )
                                )
AND                             )
                                )
CONTRACTORS LIEN SERVICES,      )
INC.                            )
                                )
            MOVANT              )

### NOTICE OF MOTION

TO:

    Lester A. Ottenheimer, III
    Attorney for Debtor
    750 Lake Cook Rd. Ste 140
    Buffalo Grove, IL 60050

    Norman B. Newman, Trustee
    Much, Shelist, Freed Denenberg
    191 N. Wacker Dr. Ste 1800
    Chicago, IL 60601

F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

DEC 1 7 2007

KENNETH S. GARDNER, CLERK
PS REP. - RD

PLEASE TAKE NOTICE that on January 8, 2008, I shall appear before the Honorable
Judge Eugene D. Wedoff at the hour of 9:30 a.m. in Courtroom 744 of the Dirksen
Federal Building, 219 S. Dearborn, Chicago, IL, and then and there present for hearing
the attached Motion for Relief From Automatic Stay, at which time you may so appear.

_____

Neil F. Narut
Attorney for Movant
W3194 McDonald Rd.
Lake Geneva, WI 53147

## VERFIFICATION OF ATTORNEY

The undersigned hereby verifies that he is an attorney licensed to practice before the United States District Court for the Northern District of Illinois and that he served the above stated Notice and Motion for Relief From Automatic Stay upon all required and listed parties by placing a copy in the United States Mailbox at Lake Geneva, WI before the hour of 5:00 p.m. on December 12, 2007.

Neil F. Narut, Attorney

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

**P A I D**

DEC 17 2007

IN RE:                                   )

THOMAS HOME CONCEPTS, INC.               )

          DEBTOR               )          NO: 07-21448

AND                                      )

CONTRACTORS LIEN SERVICES,               )
INC.                                     )

          MOVANT               )

KENNETH S. GARDNER, CLERK
UNITED STATES BANKRUPTCY COURT
BY

**F I L E D**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

DEC 17 2007

KENNETH G. GARDNER, CLERK
**PS REP. - RD**

## MOTION FOR RELIEF FROM AUTOMATIC STAY

NOW COMES the movant, CONTRCTORS LIEN SERVICES, INC. (CLSI) by
and through it's attorney, Neil F. Narut, and moves this Court for an Order pursuant to
Rule 4001 of the Federal Rules of Bankruptcy Procedure and states as follows:

1.  Movant, CLSI is the owner, by assignment of a Subcontractors Claim for
    Mechanic's Lien recorded in the Circuit Court of Lake County, Illinois on
    October 31, 2007. A copy of said lien is attached as Exhibit A.

2.  The debtor is the record owner of real estate located at 1305 Carlisle Pl.
    Deerfield, IL, PIN 16-28-214-010.

3.  Movant's assignor, K&K Construction, Inc. is the original subcontractor lien
    claimant and performed labor and provided materials to real estate owned by
    the debtor, the date of last work being performed on August 26, 2007 and that
    said labor and material added permanent and substantial value to the real
    estate.

4.  CLSI filed it's subcontractors lien within 90 days of the last date of work
    being performed, and within 4 months of the last date of work being
    performed, which, per the Illinois Mechanic's Lien Act, is a property
    perfected claim for subcontractors lien.

5.  That to the best of movants belief and knowledge, there exists other security
    in the real estate, the lender named:

Mortgagee: RBC CENTURA BANK
Mortgagor:  James Thomas
Amount:  $1,500,000.00

6.    That per 770 ILCS 60/7, the movant, having filed it's lien within four months
of the last work being performed, the movant's lien is the superior interest in
title against the aforementioned lender and any other record or non-record
claimants.

7.    That prior to the movant having received Notice of debtors case pending
before this Court, the movant did file a Complaint to Enforce Mechanic's Lien
in the Circuit Court of Lake County, Illinois as Case # 07-CH-3242.  Movant
was not, to the best of it's knowledge, listed as a creditor in the debtor's
Petition, nor has it received any other Notices from the debtor, trustee or this
Court.

8.    That there exists equity in said real estate for which the movant would recover
amounts owing to it upon an order to enforce the mechanic's lien and to
foreclose the real estate.

WHEREFORE, the movant prays as follows:

A.  FOR AN ORDER LIFTING THE AUTOMATIC STAY AND THEREBY
ALLOWING THE MOVANT TO PROCEED WITH THE ENFORCEMENT IN
THE CIRCUIT COURT OF LAKE COUNTY OF CASE NO. 07-CH-3242

B.  FOR ANY OTHER RELIEF AS MAY BE EQUITABLE AND JUST.

Respectfully submitted:

Neil F. Narut, Attorney

Neil F. Narut
Attorney for Movant
W3194 McDonald Rd.
Lake Geneva, WI  53147
847-530-5023