# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: THOMAS HOME CONCEPTS, INC. | § | Case No. 07-21448 |
| | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

NORMAN NEWMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $0.00 | Assets Exempt:  $0.00 |
| Total Distribution to Claimants: $1,031,559.18 | Claims Discharged Without Payment: $1,767,186.07 |
| Total Expenses of Administration: $123,459.32 | |

3) Total gross receipts of $ 1,155,018.50 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2** ), yielded net receipts of $1,155,018.50 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $2,515,963.05 | $2,289,585.55 | $1,031,559.18 | $1,031,559.18 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 97,516.82 | 128,076.35 | 123,459.32 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,835,646.31 | 740,610.50 | 703,531.66 | 0.00 |
| **TOTAL DISBURSEMENTS** | $4,351,609.36 | $3,127,712.87 | $1,863,167.19 | $1,155,018.50 |

4) This case was originally filed under Chapter 7 on November 15, 2007. The case was pending for 33 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: __07/26/2010_____   By:_ /s/NORMAN NEWMAN_____
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBITS TO
## FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| REAL ESTATE (1305 Carlisle Place, Deerfiled, IL) | 1110-000 | 465,000.00 |
| REAL ESTATE (915 N. Fernandez, Arlington Hts.) | 1110-000 | 690,000.00 |
| Interest Income | 1270-000 | 18.50 |
| **TOTAL GROSS RECEIPTS** | | $1,155,018.50 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| N/A | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Romar Cabinet & Top Company, Inc. | 4110-000 | 7,692.00 | 3,846.00 | 0.00 | 0.00 |
| RBC Centura Bank | 4110-000 | 2,508,271.05 | 1,254,180.37 | 0.00 | 0.00 |
| Rubin Title LLC | 4110-000 | N/A | 406,272.01 | 406,272.01 | 406,272.01 |
| Rubin Title LLC | 4120-000 | N/A | 1,800.00 | 1,800.00 | 1,800.00 |
| Rubin Title LLC | 4120-000 | N/A | 20,000.00 | 20,000.00 | 20,000.00 |
| RUBIN TITLE LLC | 4110-000 | N/A | 589,152.82 | 589,152.82 | 589,152.82 |

UST Form 101-7-TDR (9/1/2009)

| | | | | | |
|---|---|---|---|---|---|
| RUBIN TITLE LLC | 4120-000 | N/A | 10,778.00 | 10,778.00 | 10,778.00 |
| RUBIN TITLE LLC | 4120-000 | N/A | 3,556.35 | 3,556.35 | 3,556.35 |
| **TOTAL SECURED CLAIMS** | | $2,515,963.05 | $2,289,585.55 | $1,031,559.18 | $1,031,559.18 |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Norman B. Newman, Trustee | 2100-000 | N/A | 4,451.77 | 4,451.77 | 2,953.57 |
| Much Shelist, et.al. | 3110-000 | N/A | 3,032.00 | 32,605.00 | 29,573.00 |
| Much Shelist, et.al. | 3120-000 | N/A | 86.83 | 1,073.36 | 986.53 |
| FGMK, LLC | 3410-000 | N/A | 3,500.00 | 3,500.00 | 3,500.00 |
| Rubin Title LLC | 2820-000 | N/A | 6,430.06 | 6,430.06 | 6,430.06 |
| Rubin Title LLC | 3210-600 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| Rubin Title LLC | 2500-000 | N/A | 1,615.00 | 1,615.00 | 1,615.00 |
| Rubin Title LLC | 2500-000 | N/A | 75.00 | 75.00 | 75.00 |
| Rubin Title LLC | 2820-000 | N/A | 232.50 | 232.50 | 232.50 |
| Rubin Title LLC | 2820-000 | N/A | 465.00 | 465.00 | 465.00 |
| Rubin Title LLC | 2500-000 | N/A | 144.00 | 144.00 | 144.00 |
| Rubin Title LLC | 2820-000 | N/A | 3.00 | 3.00 | 3.00 |
| Rubin Title LLC | 2500-000 | N/A | 400.00 | 400.00 | 400.00 |
| Rubin Title LLC | 2820-000 | N/A | 9,483.43 | 9,483.43 | 9,483.43 |
| Rubin Title LLC | 2500-000 | N/A | 40.00 | 40.00 | 40.00 |
| Rubin Title LLC | 2820-000 | N/A | 40.00 | 40.00 | 40.00 |
| International Sureties, Ltd. | 2300-000 | N/A | 5.40 | 5.40 | 5.40 |
| RUBIN TITLE LLC | 3510-000 | N/A | 10,000.00 | 10,000.00 | 10,000.00 |
| RUBIN TITLE LLC | 2820-000 | N/A | 3,487.84 | 3,487.84 | 3,487.84 |
| RUBIN TITLE LLC | 2820-000 | N/A | 2,093.45 | 2,093.45 | 2,093.45 |
| RUBIN TITLE LLC | 2500-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| RUBIN TITLE LLC | 3510-000 | N/A | 24,500.00 | 24,500.00 | 24,500.00 |

UST Form 101-7-TDR (9/1/2009)

| | | | | | |
|---|---|---|---|---|---|
| RUBIN TITLE LLC | 3210-600 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| RUBIN TITLE LLC | 2500-000 | N/A | 2,005.00 | 2,005.00 | 2,005.00 |
| RUBIN TITLE LLC | 2500-000 | N/A | 75.00 | 75.00 | 75.00 |
| RUBIN TITLE LLC | 2820-000 | N/A | 345.00 | 345.00 | 345.00 |
| RUBIN TITLE LLC | 2820-000 | N/A | 690.00 | 690.00 | 690.00 |
| RUBIN TITLE LLC | 2500-000 | N/A | 96.00 | 96.00 | 96.00 |
| RUBIN TITLE LLC | 2500-000 | N/A | 3.00 | 3.00 | 3.00 |
| RUBIN TITLE LLC | 2500-000 | N/A | 375.00 | 375.00 | 375.00 |
| RUBIN TITLE LLC | 2500-000 | N/A | 20.00 | 20.00 | 20.00 |
| RUBIN TITLE LLC | 2820-000 | N/A | 10,446.32 | 10,446.32 | 10,446.32 |
| RUBIN TITLE LLC | 2820-000 | N/A | 10,376.22 | 10,376.22 | 10,376.22 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 97,516.82 | 128,076.35 | 123,459.32 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

UST Form 101-7-TDR (9/1/2009)

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ComEd Company | 7100-000 | 4,450.60 | 2,958.35 | 2,958.35 | 0.00 |
| Michael & Julie Lewis | 7100-000 | unknown | 145,529.00 | 145,529.00 | 0.00 |
| Nory Settinery | 7100-000 | 80,000.00 | 56,792.72 | 56,792.72 | 0.00 |
| Randy & Geri McGraw | 7100-000 | 100,000.00 | 75,993.15 | 75,993.15 | 0.00 |
| Ben Lazer and Stacey Lazer | 7100-000 | 100,000.00 | 142,876.71 | 142,876.71 | 0.00 |
| Michael P. Conway | 7100-000 | 50,000.00 | 37,078.84 | 37,078.84 | 0.00 |
| Joseph Licari | 7100-000 | 50,000.00 | 37,078.84 | 0.00 | 0.00 |
| Knauf Insulation | 7100-000 | 372.00 | 1,186.00 | 1,186.00 | 0.00 |
| JB Block Enterprises | 7100-000 | 56,670.00 | 1,178.30 | 1,178.30 | 0.00 |
| Rennaisance Overhead Door Corp. | 7100-000 | 2,660.00 | 435.00 | 435.00 | 0.00 |
| Service Batavia Can | 7100-000 | 3,198.54 | 1,599.27 | 1,599.27 | 0.00 |
| Haeger Engineering, LLC | 7100-000 | 2,823.90 | 7,009.29 | 7,009.29 | 0.00 |
| Dominick Fabbri | 7100-000 | 55,000.00 | 55,342.00 | 55,342.00 | 0.00 |
| SCE Unlimited | 7100-000 | 1,536.00 | 412.29 | 412.29 | 0.00 |
| The Tile Shop | 7100-000 | 16,303.50 | 6,741.20 | 6,741.20 | 0.00 |
| Mike Emme | 7100-000 | 100,000.00 | 93,046.88 | 93,046.88 | 0.00 |
| Swan Contractors & Developers, Inc. | 7100-000 | 23,933.18 | 5,984.00 | 5,984.00 | 0.00 |
| Paychex INC | 7100-000 | 833.80 | 987.46 | 987.46 | 0.00 |
| The Tile Shop, LLC | 7100-000 | 8,151.75 | 6,741.20 | 6,741.20 | 0.00 |
| Results One CPA, LLC | 7100-000 | 8,000.00 | 4,000.00 | 4,000.00 | 0.00 |
| Nick Saviano | 7100-000 | 100,000.00 | 50,000.00 | 50,000.00 | 0.00 |
| Geokat Incorporated | 7100-000 | 8,058.63 | 7,640.00 | 7,640.00 | 0.00 |
| Harvard Glass & Mirror | 7100-000 | 6,615.76 | N/A | N/A | 0.00 |
| Harris & Harris, Ltd. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Harris Exterior | 7100-000 | 30,390.86 | N/A | N/A | 0.00 |
| Jim French | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | | |
|---|---|---|---|---|---|---|
| K&K Contractors, Inc. | 7100-000 | 43,256.53 | N/A | N/A | | 0.00 |
| Hardroc, Inc. | 7100-000 | 8,464.00 | N/A | N/A | | 0.00 |
| K. Reinke, Ltd. | 7100-000 | 1,186.00 | N/A | N/A | | 0.00 |
| Matrix Electric Company | 7100-000 | 94,366.00 | N/A | N/A | | 0.00 |
| Mark and Chris Kuzich | 7100-000 | unknown | N/A | N/A | | 0.00 |
| Extreme Stone, Inc. | 7100-000 | 9,754.00 | N/A | N/A | | 0.00 |
| Groot Industries | 7100-000 | 2,496.66 | N/A | N/A | | 0.00 |
| Energy Management Company, LLC | 7100-000 | 4,479.00 | N/A | N/A | | 0.00 |
| Eagle Wood Floors, Inc. | 7100-000 | 5,419.00 | N/A | N/A | | 0.00 |
| Edward Hines Lumber Company c/o Loren Anderson | 7100-000 | 64,587.58 | N/A | N/A | | 0.00 |
| Eugene Greiner c/o Andrew D. Werth & Associates | 7100-000 | 130,000.00 | N/A | N/A | | 0.00 |
| Expert Painting & Decorating Corp. | 7100-000 | 34,550.00 | N/A | N/A | | 0.00 |
| Gerald and Augustina Schenkman | 7100-000 | 75,000.00 | N/A | N/A | | 0.00 |
| NCO Financial Systems | 7100-000 | 0.00 | N/A | N/A | | 0.00 |
| Geokat Incorporated c/o Chaet Kaplan Baim Firm | 7100-000 | 8,058.63 | N/A | N/A | | 0.00 |
| Gerry & Virginia Waldron | 7100-000 | 55,000.00 | N/A | N/A | | 0.00 |
| Park Ridge Blueprint | 7100-000 | 3,019.54 | N/A | N/A | | 0.00 |
| Nicor Gas | 7100-000 | 3,764.07 | N/A | N/A | | 0.00 |
| Thomas Mangiameli Custom Carpetry | 7100-000 | 9,100.00 | N/A | N/A | | 0.00 |
| The Glassman, Inc., dba Inman Glass | 7100-000 | 8,355.00 | N/A | N/A | | 0.00 |
| Thomas Company | 7100-000 | 5,260.00 | N/A | N/A | | 0.00 |
| Tilework by AB Plus, Inc. c/o Thomas J. Popovich Law Offices | 7100-000 | 5,300.00 | N/A | N/A | | 0.00 |
| Village Bank & Trust Revolving Credit Department | 7100-000 | 15,000.00 | N/A | N/A | | 0.00 |
| Vern Blue | 7100-000 | 14,840.00 | N/A | N/A | | 0.00 |
| Village of Deerfield Winer & Winer | 7100-000 | unknown | N/A | N/A | | 0.00 |
| Village of Arlington Heights c/o Armor Systems Corporation | 7100-000 | 22.30 | N/A | N/A | | 0.00 |
| Village of Arlington Heights | 7100-000 | 291.64 | N/A | N/A | | 0.00 |
| Steven and Joanne Leigh c/o Killigon Craig | 7100-000 | 40,000.00 | N/A | N/A | | 0.00 |
| Signs Today | 7100-000 | 554.00 | N/A | N/A | | 0.00 |
| Patrick and Nancy Moroney Law Office of John G. O'Brien, Ltd | 7100-000 | unknown | N/A | N/A | | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Northwest Millwork | 7100-000 | 174.00 | N/A | N/A | 0.00 |
| Diamond Cut Granite c/o Law Offices of Joel Cardis, LLC | 7100-000 | 1,080.45 | N/A | N/A | 0.00 |
| Paul & Sons Plumbing Co., Inc. | 7100-000 | 12,298.45 | N/A | N/A | 0.00 |
| Quinn & Amy Boland | 7100-000 | 25,000.00 | N/A | N/A | 0.00 |
| Pico and Sons Concrete | 7100-000 | 84.00 | N/A | N/A | 0.00 |
| Sauber Painting & Decorating, Inc. c/o Performance Source II | 7100-000 | 6,976.61 | N/A | N/A | 0.00 |
| Robert Flubaker | 7100-000 | 13,755.73 | N/A | N/A | 0.00 |
| Russ' Drywall, Inc. | 7100-000 | 1,950.00 | N/A | N/A | 0.00 |
| Noranne Concrete, Inc. | 7100-000 | 13,298.00 | N/A | N/A | 0.00 |
| Continental Wall Systems, Inc. | 7100-000 | 9,985.00 | N/A | N/A | 0.00 |
| DH Insulation | 7100-000 | 3,806.00 | N/A | N/A | 0.00 |
| CDI | 7100-000 | 1,175.00 | N/A | N/A | 0.00 |
| Blue Ribbon Millwork | 7100-000 | 53,488.34 | N/A | N/A | 0.00 |
| Capital One | 7100-000 | 1,108.67 | N/A | N/A | 0.00 |
| Chicago Granite & Marble Company | 7100-000 | 51,465.88 | N/A | N/A | 0.00 |
| Closets Unlimited | 7100-000 | 768.00 | N/A | N/A | 0.00 |
| Chicago Hardwood Flooring Specialties, Inc. | 7100-000 | 243.78 | N/A | N/A | 0.00 |
| Credit Management Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Commonwealth Edison Com Ed Bill Payment Center | 7100-000 | 4,450.60 | N/A | N/A | 0.00 |
| Cork's Plumbing & Heating, Inc. | 7100-000 | 2,236.00 | N/A | N/A | 0.00 |
| Ben and Stacy Laser c/o Mitchell B Ruchim & Associates | 7100-000 | 100,000.00 | N/A | N/A | 0.00 |
| Bathworks, Inc. | 7100-000 | 5,846.00 | N/A | N/A | 0.00 |
| Alexander Lumber c/o Francis J. DiSicipio, Ltd. | 7100-000 | unknown | N/A | N/A | 0.00 |
| A&V Masonry, Inc. c/o James M. Murray, Attorney | 7100-000 | 3,560.00 | N/A | N/A | 0.00 |
| Advance Refrigeration | 7100-000 | 24,520.43 | N/A | N/A | 0.00 |
| Allied Construction Incorporated | 7100-000 | 18,471.00 | N/A | N/A | 0.00 |
| Arlington Air Heating & Cooling Inc | 7100-000 | 693.00 | N/A | N/A | 0.00 |
| Alpha Decorating, Inc. | 7100-000 | 10,628.00 | N/A | N/A | 0.00 |
| AT&T | 7100-000 | 382.28 | N/A | N/A | 0.00 |
| Arrow Sheet Metal Company c/o Teller Levit & Silvertrust, PC | 7100-000 | 13,573.62 | N/A | N/A | 0.00 |

UST Form 101-7-TDR (9/1/2009)

| | | | | | |
|---|---|---|---|---|---|
| Arroyo's Landscape, LLC | 7100-000 | 2,970.00 | N/A | N/A | 0.00 |
| Crystal Clean Complete | 7100-000 | 535.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 1,835,646.31 | 740,610.50 | 703,531.66 | 0.00 |

UST Form 101-7-TDR (9/1/2009)

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 07-21448 | Trustee: (330560) NORMAN NEWMAN |
| Case Name: THOMAS HOME CONCEPTS, INC. | Filed (f) or Converted (c): 11/15/07 (f) |
| | §341(a) Meeting Date: 12/13/07 |
| Period Ending: 07/26/10 | Claims Bar Date: 04/28/09 |

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL ESTATE (1305 Carlisle Place, Deerfiled, IL) | 620,000.00 | 40,681.82 | | 465,000.00 | FA |
| 2 | REAL ESTATE (915 N. Fernandez, Arlington Hts.) | 800,000.00 | 26,294.10 | | 690,000.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS | 1,200.00 | 1,200.00 | | 0.00 | FA |
| 4 | HOBBY EQUIPMENT | 250.00 | 250.00 | | 0.00 | FA |
| 5 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT | 300.00 | 300.00 | | 0.00 | FA |
| 6 | MISCELLANEOUS HAND TOOLS | 500.00 | 500.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 18.50 | FA |
| 7 | Assets     Totals (Excluding unknown values) | $1,422,250.00 | $69,225.92 | | $1,155,018.50 | $0.00 |

**Major Activities Affecting Case Closing:**

Final Report approved.  Distribution made.

Initial Projected Date Of Final Report (TFR):      September 30, 2009     Current Projected Date Of Final Report (TFR):     January 5, 2010  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 07-21448 | | Trustee: | NORMAN NEWMAN (330560) |
| Case Name: | THOMAS HOME CONCEPTS, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****16-65 - Money Market Account |
| Taxpayer ID #: | **-***6356 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 07/26/10 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 05/12/08 | | RUBIN TITLE LLC | Sale of Arlington Heights Property | | 20,000.00 | | 20,000.00 |
| | {2} | | 690,000.00 | 1110-000 | | | 20,000.00 |
| | | | Earnest Money to be applied towards real estate commission   -10,000.00 | 3510-000 | | | 20,000.00 |
| | | | Mortgage Payoff   -589,152.82 | 4110-000 | | | 20,000.00 |
| | | | County Property Taxes   -3,487.84 | 2820-000 | | | 20,000.00 |
| | | | County Property Taxes   -2,093.45 | 2820-000 | | | 20,000.00 |
| | | | Seller Credit   -1,000.00 | 2500-000 | | | 20,000.00 |
| | | | Real Estate Commission   -24,500.00 | 3510-000 | | | 20,000.00 |
| | | | Seller's Attorney Fees   -1,000.00 | 3210-600 | | | 20,000.00 |
| | | | Title Charges   -2,005.00 | 2500-000 | | | 20,000.00 |
| | | | Gap Risk Update   -75.00 | 2500-000 | | | 20,000.00 |
| | | | County Stamps   -345.00 | 2820-000 | | | 20,000.00 |
| | | | State Tax Stamps   -690.00 | 2820-000 | | | 20,000.00 |
| | | | Release Status Verification   -96.00 | 2500-000 | | | 20,000.00 |
| | | | State Regulatory Fee   -3.00 | 2500-000 | | | 20,000.00 |
| | | | Survey   -375.00 | 2500-000 | | | 20,000.00 |
| | | | Courier Fee   -20.00 | 2500-000 | | | 20,000.00 |
| | | | Estimate of Redemption   -10,446.32 | 2820-000 | | | 20,000.00 |
| | | | Alpha Decorating   -10,778.00 | 4120-000 | | | 20,000.00 |
| | | | Alliance Construction   -3,556.35 | 4120-000 | | | 20,000.00 |
| | | | Holdback for Taxes   -10,376.22 | 2820-000 | | | 20,000.00 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.39 | | 20,001.39 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.54 | | 20,003.93 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.54 | | 20,006.47 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.37 | | 20,008.84 |
| 09/03/08 | | Rubin Title LLC | Sale of Deerfield Property | | 17,000.00 | | 37,008.84 |
| | {1} | | 465,000.00 | 1110-000 | | | 37,008.84 |
| | | | Mortgage Payoff   -406,272.01 | 4110-000 | | | 37,008.84 |
| | | | County Property Taxes   -6,430.06 | 2820-000 | | | 37,008.84 |
| | | | Seller's Attorney fees (Morton J. Rubin)   -1,000.00 | 3210-600 | | | 37,008.84 |
| | | | Title Charges   -1,615.00 | 2500-000 | | | 37,008.84 |
| | | | Gap Risk Update   -75.00 | 2500-000 | | | 37,008.84 |
| | | | County tax stamps   -232.50 | 2820-000 | | | 37,008.84 |

|  |  | Subtotals : | $37,008.84 | $0.00 |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 07-21448 | | Trustee: | NORMAN NEWMAN (330560) |
|---|---|---|---|---|
| Case Name: | THOMAS HOME CONCEPTS, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****16-65 - Money Market Account |
| Taxpayer ID #: | **-***6356 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 07/26/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | State tax stamps            -465.00 | 2820-000 | | | 37,008.84 |
| | | | Certificate of Release        -144.00 | 2500-000 | | | 37,008.84 |
| | | | State Regulatory Fee           -3.00 | 2820-000 | | | 37,008.84 |
| | | | Survey (Midwest Survey)      -400.00 | 2500-000 | | | 37,008.84 |
| | | | 2007 Taxes                 -9,483.43 | 2820-000 | | | 37,008.84 |
| | | | Courier Fee                  -40.00 | 2500-000 | | | 37,008.84 |
| | | | Real Estate Tax              -40.00 | 2820-000 | | | 37,008.84 |
| | | | Payment | | | | |
| | | | Pico and Sons Concrete,     -1,800.00 | 4120-000 | | | 37,008.84 |
| | | | Inc. | | | | |
| | | | K&K Construction, Inc.      -20,000.00 | 4120-000 | | | 37,008.84 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.43 | | 37,013.27 |
| 09/30/08 | 1001 | Much Shelist, et.al. | Interim Compensation for the period 12/14/07 through 07/29/08 | 3110-000 | | 29,573.00 | 7,440.27 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.81 | | 7,441.08 |
| 11/04/08 | 1002 | Much Shelist, et.al. | Interim Fee Expenses for the period 12-14-07/7-29-08 | 3120-000 | | 986.53 | 6,454.55 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.52 | | 6,455.07 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.45 | | 6,455.52 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.26 | | 6,455.78 |
| 02/10/09 | 1003 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/10/2009 FOR CASE #07-21448, Bond #016026455 | 2300-000 | | 5.40 | 6,450.38 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.24 | | 6,450.62 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.28 | | 6,450.90 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.26 | | 6,451.16 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.25 | | 6,451.41 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.28 | | 6,451.69 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.27 | | 6,451.96 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.27 | | 6,452.23 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.26 | | 6,452.49 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.26 | | 6,452.75 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.27 | | 6,453.02 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.27 | | 6,453.29 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.25 | | 6,453.54 |
| 02/03/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.03 | | 6,453.57 |
| 02/03/10 | | To Account #*******1666 | Account Transfer | 9999-000 | | 6,453.57 | 0.00 |

Subtotals :         $9.66        $37,018.50

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 07-21448 | | Trustee: | NORMAN NEWMAN (330560) |
| Case Name: | THOMAS HOME CONCEPTS, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****16-65 - Money Market Account |
| Taxpayer ID #: | **-***6356 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 07/26/10 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 37,018.50 | 37,018.50 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 6,453.57 | |
| | | | Subtotal | | 37,018.50 | 30,564.93 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $37,018.50 | $30,564.93 | |

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 07-21448 |
| Case Name: | THOMAS HOME CONCEPTS, INC. |
| Taxpayer ID #: | **-***6356 |
| Period Ending: | 07/26/10 |

| | |
|---|---|
| Trustee: | NORMAN NEWMAN (330560) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****16-66 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/03/10 | | From Account #********1665 | Account Transfer | 9999-000 | 6,453.57 | | 6,453.57 |
| 02/03/10 | 101 | FGMK, LLC | Dividend paid 100.00% on $3,500.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 3,500.00 | 2,953.57 |
| 02/03/10 | 102 | Norman B. Newman, Trustee | Dividend paid  66.34% on $4,451.77, Trustee Compensation;  Reference: | 2100-000 | | 2,953.57 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 6,453.57 | 6,453.57 | $0.00 |
| Less: Bank Transfers | 6,453.57 | 0.00 | |
| **Subtotal** | **0.00** | **6,453.57** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$6,453.57** | |

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 07-21448 |
| Case Name: | THOMAS HOME CONCEPTS, INC. |
| Taxpayer ID #: | **-***6356 |
| Period Ending: | 07/26/10 |

| | |
|---|---|
| Trustee: | NORMAN NEWMAN (330560) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******16-66 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| {No Transactions on File for this Period} | | | | | | | |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****16-65 | 37,018.50 | 30,564.93 | 0.00 |
| Checking # ***-*****16-66 | 0.00 | 6,453.57 | 0.00 |
| Checking # 9200-******16-66 | 0.00 | 0.00 | 0.00 |
| | $37,018.50 | $37,018.50 | $0.00 |

BNY MELLON
PO BOX 535413
PITTSBURGH, PA 15253-5413

**BNY MELLON**

**Statement Period**
May 1 - May 31, 2010

**07-21448**
**THOMAS HOME CONCEPTS, INC.**
**NORMAN B NEWMAN (0000330560)**
**TRUSTEE**
191 N. WACKER DR.
SUITE 1800
CHICAGO, IL 60606

For Customer Service
Call 1-800-634-7734, Ext. 8
Email BMSBankingCenter@bms7.com

| CONSOLIDATED BALANCE SUMMARY | | | |
|---|---|---|---|
| | Maturity Date | Ending Balance Prior Period | Ending Balance This Period |
| **CHECKING ACCOUNT** | | | |
| 92000960131666 | | $0.00 | $0.00 |
| **Total** | | $0.00 | $0.00 |

| Important Information Regarding Your Account |
|---|
| IN OBSERVANCE OF THE 4TH OF JULY HOLIDAY, BNY MELLON AND THE BMS BANKING CENTER WILL BE CLOSED ON MONDAY, JULY 5TH. ALL TRANSACTIONS CONDUCTED ON THIS DAY WILL BE POSTED THE FOLLOWING BUSINESS DAY. THE BMS BANKING CENTER IS AVAILABLE MONDAY THROUGH FRIDAY FROM 8AM TO 7PM EST. FOR ASSISTANCE WITH ALL OF YOUR BANKING NEEDS, PLEASE CALL (800) 634-7734, OPTION 8. |

BNY MELLON
PO BOX 535413
PITTSBURGH, PA 15253-5413



**BNY MELLON**

**Statement Period**
May 1 - May 31, 2010

**07-21448**
**THOMAS HOME CONCEPTS, INC.**
**NORMAN B NEWMAN (0000330560)**

| CHECKING ACCOUNT SUMMARY | | Account No. 92000960131666 |
|---|---|---|

| | Instances | Amount |
|---|---|---|
| **Beginning Balance** | | $0.00 |
| Deposits and Additions | 0 | $0.00 |
| Withdrawals | 0 | $(0.00) |
| **Ending Balance** | 0 | $0.00 |